UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

THOMAS LEE BURGE, )
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 7:15-CV-249-D**
CAROLYN W. COLVIN, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 22] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 16] is DENIED, defendant's motion for judgment on the pleadings [D.E. 18] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on November 23, 2016, and Copies To:**

| | |
|---|---|
| George C. Piemonte | (via CM/ECF Notice of Electronic Filing) |
| Gabriel R. Deadwyler | (via CM/ECF Notice of Electronic Filing) |

DATE:                              JULIE RICHARDS JOHNSTON, CLERK
November 23, 2016           (By) /s/ Nicole Briggeman
                                       Deputy Clerk